Heinz Binder (SBN 87908)
Robert G. Harris (SBN 124678)
Wendy W. Smith (SBN 133887)
Roya Shakoori (SBN 236383)
BINDER & MALTER, LLP
2775 Park Avenue
Santa Clara, CA 95050
Tel: (408) 295-1700
Fax: (408) 295-1531

Email: Heinz@bindermalter.com
Email: Rob@bindermalter.com
Email: Wendy@bindermalter.com
Email: Roya@bindermalter.com

Attorneys for Defendants Uniquify, Inc.

# U.S. BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: | Case No.: 14-30725 |
| HASHFAST TECHNOLOGIES, LLC, a California Limited Liability Company, | (Substantively Consolidated with In re HashFast LLC, Case No. 14-30866) |
|    Debtor and Debtor-In-Possession | Chapter 11 |
| ☒ Affects HASHFAST LLC, a Delaware Limited Liability Company, | |
|    Debtor and Debtor-In-Possession | |
| HASHFAST TECHNOLOGIES, LLC, a California Limited Liability Company, and HASHFAST LLC, a Delaware Limited Liability Company, | Adversary Case No.: 14-03128 |
| Plaintiffs, | |
|    vs. | |
| Uniquify, Inc. and Signetics Korea Co., Ltd. (d/b/a Signetics High Technology, Inc | |

NOTICE OF APPEARANCE AND REQUEST FOR SPECIAL NOTICE     Page 1

# NOTICE OF APPEARANCE AND REQUEST FOR SPECIAL NOTICE

NOTICE IS HEREBY GIVEN that Binder & Malter, LLP hereby makes its appearance on behalf of Uniquify, Inc., the Defendants in the above-entitled Adversarial Proceeding, and hereby requests pursuant to Federal Rule of Bankruptcy Procedure 2002 that it receive notice of all pleadings, notices and other documents, filed and served in this matter by sending copies of the same to:

> Heinz Binder, Esq.
> Robert G. Harris, Esq.
> Binder & Malter LLP
> 2775 Park Avenue
> Santa Clara, CA 95050
> Telephone: (408)295-1700
> Facsimile: (408) 295-1531
> Email: heinz@bindermalter.com
> Email: rob@bindermalter.com

Dated: October 8, 2014

                          BINDER & MALTER LLP

                          By: /s/ *Robert G. Harris*
                                Robert G. Harris
                          Attorneys for Uniquify, Inc.