# Notice Recipients

**Recipients of Notice of Electronic Filing:**

aty          Jessica M. Mickelsen          jessica.mickelsen@kattenlaw.com

TOTAL: 1