# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0971–3 | User: iaguilar | Date Created: 10/8/2014 |
| Case: 14–03128 | Form ID: ODSCY | Total: 1 |

**Recipients of Notice of Electronic Filing:**
aty    Jessica M. Mickelsen    jessica.mickelsen@kattenlaw.com

TOTAL: 1