Ashley M. McDow (245114)
Michael T. Delaney (261714)
Fahim Farivar (252153)
**BAKER & HOSTETLER LLP**
11601 Wilshire Boulevard, Suite 1400
Los Angeles, CA 90025-0509
Telephone:  310.820.8800
Facsimile:  310.820.8859
Email:  amcdow@bakerlaw.com
        mdelaney@bakerlaw.com
        ffarivar@bakerlaw.com

Attorneys for OFFICIAL COMMITTEE
OF UNSECURED CREDITORS

**UNITED STATES BANKRUPTCY COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re | Case No.: 14-30725 |
| HASHFAST TECHNOLOGIES, LLC, a California limited liability company, | (Jointly Administered with HashFast, LLC, Case No. 14-30866) |
| Debtor and Debtor in Possession. | Chapter 11 |
| ☐ Affects HASHFAST LLC, a Delaware limited liability company, | |
| Debtor and Debtor in Possession. | |
| HASHFAST TECHNOLOGIES, LLC, a California Limited Liability Company, and HASHFAST LLC, a Delaware Limited Liability Company, | Adversary Case No.: 14-03128 |
| Plaintiffs, | |
| vs. | |
| Uniquify, Inc. and Signetics Korea Co., Ltd. (d/b/a Signetics High Technology, Inc | |
| Defendants. | |

///

///

///

# REQUEST FOR SPECIAL NOTICE

NOTICE IS HEREBY GIVEN that Baker & Hostetler, LLP hereby requests pursuant to Federal Rule of Bankruptcy Procedure 2002 that it receive notice of all pleadings, notices and other documents, filed and served in this matter by sending copies of the same to:

Ashley M. McDow, Esq.
Michael T. Delaney, Esq.
Fahim Farivar, Esq.
BAKER & HOSTETLER LLP
11601 Wilshire Boulevard, Suite 1400
Los Angeles, CA  90025-0509
Telephone:    310.820.8800
Facsimile:    310.820.8859
Email: amcdow@bakerlaw.com
mdelaney@bakerlaw.com
ffarivar@bakerlaw.com

Dated:    October 17, 2014              Respectfully submitted,

BAKER & HOSTETLER LLP

By:    /s/ Ashley M. McDow
       Ashley M. McDow
       Michael T. Delaney
       Fahim Farivar

Attorneys for OFFICIAL COMMITTEE
OF UNSECURED CREDITORS

- 2 -

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 11601 Wilshire Boulevard, Suite 1400, Los Angeles, CA 90025-0509

A true and correct copy of the foregoing document entitled (*specify*): **REQUEST FOR SPECIAL NOTICE** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **October 17, 2014**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Robert G. Harris    rob@bindermalter.com
Jessica M. Mickelsen    jessica.mickelsen@kattenlaw.com

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) **October 17, 2014**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

| | | |
|---|---|---|
| Hon. Dennis Montali | Heinz Binder, Esq. | Signetics Korea Co., Ltd. |
| U.S. Bankruptcy Court Northern | Robert G. Harris, Esq. | 39899 Balentine Drive, Suite 365 |
| Division of California | Binder & Malter LLP | Newark, CA 94560 |
| P.O. Box 7341 | 2775 Park Avenue | |
| San Francisco, CA 94120-7341 | Santa Clara, CA 95050 | |

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| October 17, 2014 | Sonia Gaeta | */s/ Sonia Gaeta* |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |