KATTEN MUCHIN ROSENMAN LLP
Craig A. Barbarosh (SBN 160224)
craig.barbarosh@kattenlaw.com
650 Town Center Drive, Suite 700
Costa Mesa, CA 92626-7122
Telephone: (714) 966-6822

Jessica M. Mickelsen (SBN 277581)
jessica.mickelsen@kattenlaw.com
2029 Century Park East, Suite 2600
Los Angeles, CA 90067-3012
Telephone: (310) 788-4425
Facsimile: (310) 788-4471

Peter A. Siddiqui (*pro hac vice*)
peter.siddiqui@kattenlaw.com
525 W. Monroe Street
Chicago, IL 60661-3693
Telephone: (312) 902-5455
Facsimile: (312) 902-1061

Counsel for Debtors and Debtors-In-Possession
Hashfast Technologies LLC and Hashfast LLC

**UNITED STATES BANKRUPTCY COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**(SAN FRANCISCO DIVISION)**

| | |
|---|---|
| In re: | Case No. 14-30725 |
| HASHFAST TECHNOLOGIES LLC, a California limited liability company, | (Substantively Consolidated with In re HashFast LLC, Case No. 14-30866) |
| Debtor and Debtor-In-Possession | Chapter 11 |
| ☒ Affects HASHFAST LLC, a Delaware limited liability company, | |
| Debtor and Debtor-In-Possession | |
| HASHFAST TECHNOLOGIES LLC, a California limited liability company, and HASHFAST LLC, a Delaware limited liability company, | Adversary Case No. 14-03128 |
| Plaintiffs, | |
| vs. | |
| Uniquify, Inc. and Signetics Korea Co., Ltd. (d/b/a Signetics High Technology, Inc.), | |

1  Defendants.                        )
                                      )
2
3                    NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

4       Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i) and Federal Rule of Bankruptcy

5  Procedure 7041, Plaintiffs HashFast Technologies LLC and HashFast LLC hereby dismiss the

6  above-captioned case with prejudice and without costs or disbursements to any party.

7

8  Dated: December 10, 2014              KATTEN MUCHIN ROSENMAN LLP
                                         Jessica M. Mickelsen
9                                        Peter A. Siddiqui

10

11                                       By:/s/ Jessica M. Mickelsen
                                         Counsel for Debtors and Debtors-In-Possession
12                                       HashFast Technologies LLC and HashFast LLC

Katten
Katten Muchin Rosenman LLP
2029 Century Park East, Suite 2600
Los Angeles, CA 90067-3012
310.788.4400 tel   310.788.4471 fax