Heinz Binder (SBN 87908)
Robert G. Harris (SBN 124678)
Wendy W. Smith (SBN 133887)
Roya Shakoori (SBN 236383)
BINDER & MALTER, LLP
2775 Park Avenue
Santa Clara, CA 95050
Tel: (408) 295-1700
Fax: (408) 295-1531

Email: Heinz@bindermalter.com
Email: Rob@bindermalter.com
Email: Wendy@bindermalter.com
Email: Roya@bindermalter.com

Attorneys for Defendant Uniquify, Inc.

# U.S. BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: | Case No.: 14-30725 |
| HASHFAST TECHNOLOGIES, LLC, a California Limited Liability Company, | (Substantively Consolidated with In re HashFast LLC, Case No. 14-30866) |
| Debtor and Debtor-In-Possession | Chapter 11 |
| ☒ Affects HASHFAST LLC, a Delaware Limited Liability Company, | |
| Debtor and Debtor-In-Possession | |
| HASHFAST TECHNOLOGIES, LLC, a California Limited Liability Company, and HASHFAST LLC, a Delaware Limited Liability Company, Plaintiffs, | A.P. No.: 14-03128 |
| vs. | Date: December 19, 2014<br>Time: 1:30 p.m.<br>Place: Courtroom 22nd Floor<br>235 Pine Street<br>San Francisco, CA |
| Uniquify, Inc. and Signetics Korea Co., Ltd. (d/b/a Signetics High Technology, Inc., Defendants. | |

STATUS CONFERENCE STATEMENT                                                Page 1

# STATUS CONFERENCE STATEMENT BY UNIQUIFY, INC.

Defendant Uniquify, Inc. ("Uniquify") respectfully represents as follows in support of this Status Conference Statement:

1. Prior to the filing of this adversary proceeding Uniquify placed all property owned by Plaintiff Hashfast Technologies LLC ("Hashfast") into a box and requested that Hashfast's employees pick it up. Hashfast chose instead to commence this action. Uniquify advised Hashfast that its conduct, to commence an action demanding turnover when it had but to pick up a box awaiting it, amount to a Rule 11 violation. Within days after the filing of this proceeding Hashfast picked up its property and agreed that Uniquify would have an open-ended extension of time to answer the complaint.

2. Uniquify also successfully negotiated the return to Hashfast of all property whose return was demanded in Hashfast's complaint from defendant Signetics Korea Co., Ltd. ("Signetics"). On December 10, 2014, Hashfast's counsel confirmed the receipt of the aforementioned property and stated that a dismissal of the entire action with prejudice would be filed immediately.

3. If this proceeding has not been dismissed by December 19, 2014, Uniquify will appear through counsel.

Dated: December 10, 2014

                                        BINDER & MALTER LLP


                                        By: /s/ *Robert G. Harris*
                                               Robert G. Harris
                                        Attorneys for Defendant Uniquify, Inc.