| | |
|---|---|
| 1 | Heinz Binder (SBN 87908) |
| | Robert G. Harris (SBN 124678) |
| 2 | Wendy W. Smith (SBN 133887) |
| | Roya Shakoori (SBN 236383) |
| 3 | BINDER & MALTER, LLP |
| | 2775 Park Avenue |
| 4 | Santa Clara, CA 95050 |
| | Tel: (408) 295-1700 |
| 5 | Fax: (408) 295-1531 |
| 6 | Email: Heinz@bindermalter.com |
| | Email: Rob@bindermalter.com |
| 7 | Email: Wendy@bindermalter.com |
| | Email: Roya@bindermalter.com |

Attorneys for Defendant Uniquify, Inc.

# U.S. BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: | Case No.: 14-30725 |
| HASHFAST TECHNOLOGIES, LLC, a California Limited Liability Company, | (Substantively Consolidated with In re HashFast LLC, Case No. 14-30866) |
| Debtor and Debtor-In-Possession | Chapter 11 |
| ☒ Affects HASHFAST LLC, a Delaware Limited Liability Company, | |
| Debtor and Debtor-In-Possession | |
| HASHFAST TECHNOLOGIES, LLC, a California Limited Liability Company, and HASHFAST LLC, a Delaware Limited Liability Company, Plaintiffs, | A.P. No.: 14-03128 |
| vs. | Date: December 19, 2014<br>Time: 1:30 p.m.<br>Place: Courtroom 22nd Floor<br>235 Pine Street<br>San Francisco, CA |
| Uniquify, Inc. and Signetics Korea Co., Ltd. (d/b/a Signetics High Technology, Inc., Defendants. | |

CERTIFICATE OF SERVICE

# CERTIFICATE OF SERVICE

I, Natalie D. Gonzalez, declare:

I am employed in the County of Santa Clara, California. I am over the age of eighteen (18) years and not a party to the within entitled cause; my business address is 2775 Park Avenue, Santa Clara, California 95050.

On December 10, 2014, I served a true and correct copy of the following document(s):

1. **STATUS CONFERENCE STATEMENT**

by sending via electronic transmission or via the Court's CM/ECF Noticing systems to those parties registered to receive notice or via First Class Mail by placing a true copy thereof enclosed in an envelope with postage thereon fully prepaid, and placed for collection and mailing on that date following ordinary business practices, in Santa Clara, California, to the parties addressed as follows:

**Via Electronic Transmission and Via Court's CM/ECF Noticing**:

| | |
|---|---|
| Office of the U.S. Trustee / SJ<br>**Julie M. Glosson**<br>Office of the United States Trustee<br>235 Pine Street, Suite 700<br>San Francisco, CA 94104<br>Email: Julie.m.glosson@usdoj.gov | Counsel for Hashfast Technologies, LLC<br>**Peter A. Siddiqui**<br>KATTEN MUCHIN ROSENMAN LLP<br>525 W. Monroe St.<br>Chicago, IL 60661-3693<br>Email: peter.siddiqui@kattenlaw.com |
| Counsel for Hashfast Technologies, LLC<br>**Jessica M. Mickelsen**<br>KATTEN MUCHIN ROSENMAN LLP<br>2029 Century Park E 26th Fl.<br>Los Angeles, CA 90067-3012<br>Email: jessica.mickelsen@kattenlaw.com<br>Email:craig.barbarosh@kattenlaw.com | Counsel for Official Committee of Unsecured Creditors<br>**Ashley M. McDow**<br>**Michael T. Delaney**<br>BAKER & HOSTETLER LLP<br>11601 Wilshire Boulevard, Suite 1400<br>Los Angeles, CA 90025-0509<br>Email: amcdow@bakerlaw.com<br>Email: mdelaney@bakerlaw.com |
| Counsel for Hashfast Technologies, LLC<br>**Craig A. Barbarosh**<br>KATTEN MUCHIN ROSENMAN LLP<br>650 Town Center Dr. 7th Fl.<br>Costa Mesa, CA 92626-7122<br>Email: craig.barbarosh@kattenlaw.com | Defendant<br>Signetics Korea Co., Ltd.<br>39899 Balentine Drive, Suite 365<br>Newark, CA 94560 |

CERTIFICATE OF SERVICE                                              Page 2

I declare under penalty of perjury that the foregoing is true and correct, and that this Declaration was executed on December 10, 2014, at Santa Clara, California.

/s/ Natalie D. Gonzalez
Natalie D. Gonzalez